**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1351**

_____

GEORGE O. HARRISON, JR.,

              Plaintiff - Appellant,

        v.

DEPARTMENT OF EDUCATION,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.  (3:14-cv-00745-REP)

_____

Submitted:  August 27, 2015          Decided:  August 31, 2015

_____

Before GREGORY, AGEE, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

George O. Harrison, Jr., Appellant Pro Se.  Jonathan Holland
Hambrick, Assistant United States Attorney, Richmond, Virginia,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George O. Harrison, Jr., appeals the district court's order dismissing his action brought pursuant to the Federal Tort Claims Act for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harrison v. Dep't of Education, No. 3:14-cv-00745-REP (E.D. Va. Mar. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED